AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

**DISTRICT OF** **COLORADO**

**UNITED STATES OF AMERICA**

**V.**

**PATRICIA TURNER**    **WARRANT FOR ARREST**

**CASE NUMBER:** **07-CR-00172-EWN**

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PATRICIA TURNER** and bring her forthwith to the nearest magistrate to answer an

■ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with knowingly distributing and possessing with the intent to distribute cocaine, and cocaine base a Schedule II controlled substances; and conspiracy and use of a telephone to facilitate the above.

in violation of Title  21  United States Code, Sections 846, 843(b) and 841(a)(1).

GREGORY C. LANGHAM
Clerk, U. S. District Court
Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

4/24/07    Denver, Colorado
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __PATRICIA TURNER__

ALIAS: _____

LAST KNOWN RESIDENCE (City and State): ___Aurora, CO_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

YEAR OF BIRTH: ___1973____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: ___783024WA1_____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: __Federal Bureau of Investigation - Denver, Colorado__