# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes                     Date: December 19, 2008
Court Reporter: Darlene Martinez
Probation Officers:  Jan Woll

---

Criminal Action No.  07-cr-00172-CMA-24

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                               Michele Korver

     Plaintiff,

v.

24. PATRICIA TURNER,                                    Michele Korver

     Defendants.

---

## SENTENCING MINUTES
---

**9:22 a.m.     Court in session.**

Defendant present in custody.

Change of Plea Hearing: June 12, 2008.

Defendant plead guilty to Count One of the Indictment, and confessed to Count One Hundred Two, the forfeiture count.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**     United States' 18 U.S.C. §3553(e) and §5K1.1 Motion for Downward Departure Based on Substantial Assistance **(1328)** is **granted**.

**ORDER:**      United States' Motion for One Offense Level Decrease Pursuant to U.S.S.G. § 3E1(b)(2) Based Upon Timely Notification of Intention to Enter Plea of Guilty **(1329)** is **granted**.

**ORDER:**      United States' Motion to Dismiss Counts 6 and 7 of the Superseding Indictment as to Defendant Patricia Turner **(1330)** is **granted**.

**The defendant sentenced as reflected in the record**.

The defendants are advised of their rights to appeal.

**ORDER:**      Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:43 a.m.**      **Court in recess/hearing concluded.**

Total in-court time: 00:21